1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

SIAMAK DJAHANSHAHI, an individual,

No. 5:22-cv-01904-JAK (MAAx)

Plaintiff,

12

vs.

**ORDER RE JOINT STIPULATION REQUESTING DISMISSAL WITH PREJUDICE (DKT. 17)**

13

14

DRIVETIME CAR SALES, LLC,

Defendant.

15

16

17

18      Based on a review of the Joint Stipulation Requesting Dismissal with Prejudice

19   (the "Stipulation" (Dkt. 17)), sufficient good cause has been shown for the requested

20   relief. Therefore, the Stipulation is **APPROVED**, as follows: the above-captioned

21   Complaint is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure

22   41(a)(1)(A)(ii), with each party to bear their own costs.

23

24   **IT IS SO ORDERED.**

25

26   Date:  November 21, 2023

_____

27

John A. Kronstadt
United States District Court Judge

28

1